**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21195-CV-WILLIAMS**

ANASTASIIA DEMCHENKO, *et al.*,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 28) ("***Report***") on Defendants' Motion to Dismiss Plaintiffs' Complaint (DE 7) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted and that Plaintiff's Complaint be dismissed without prejudice. (DE 28 at 21.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is

**ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 28) is **AFFIRMED AND ADOPTED**.

    2.    Defendant's Motion to Dismiss (DE 7) is **GRANTED**.

    3.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    4.    All pending motions, if any, are **DENIED AS MOOT**.

    5.    All case deadlines and hearings are **CANCELED**.

    6.    This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>26th</u> day of November, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE